

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00487-CR

KODY AUSTIN LOTT, Appellant

§ On Appeal from the 30th District Court

§ Wichita County (58029-A)

§ and

§ On Appeal from Criminal District Court No. 1

V.

§ Tarrant County (C009529)

§ November 7, 2019

§ Opinion by Justice Gabriel

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel